

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 14, 1957

Honorable Henry Wade
Criminal District Attorney
Records Building
Dallas County
Dallas, Texas

Opinion No. WW-220.

Re: Authority of Commissioners' Court to pay Clerk of the Court of Civil Appeals for services as Custodian of the Court-room, Judge's Chambers and Library of the Court of Civil Appeals.

Dear Mr. Wade:

Your Opinion Request of July 29, 1957, presents the following question:

"Do the statutes permit the Commissioners Court to appropriate, out of the County's General Fund, an amount not exceeding $50.00 per month to the Clerk of the Court of Civil Appeals as additional compensation for his services as Custodian of the Court Room, Judges Chambers and Library of such Court of Civil Appeals?"

Article 1058a, Vernon's Code of Criminal Procedure, provides:

"That the Commissioners court of any county, having a population of 210,000 or more, in which is located a Court of Civil Appeals having its quarters in the County Court House, is authorized to pay out of its General Fund, not exceeding fifty dollars per month, to the Bailiff of such Court of Civil Appeals, or other employee of said Court designated by it, as additional compensation for his services as Custodian of the Court Room, Judges Chambers and Library of such Court of Civil Appeals."

Moore v. Sheppard, 144 Tex. 537, 192 S.W.2d 559 (1946) states at page 560:

"The Clerks of the Courts of Civil Appeals are not entitled to receive extra compensation

for services performed within the scope of
their official duties prescribed by law. . . ."

Article 1832, Vernon's Civil Statutes, dealing with
the Clerk of the Court of Civil Appeals, provides:

"Each clerk shall be librarian in charge
of the library of his court, and shall take
charge of, keep in good order and make cata-
logs of the books thereof."

By Article 1832, Vernon's Civil Statutes, the Clerk
of the Court of Civil Appeals is charged with custodial duties
in the Library of the Court of Civil Appeals. The Clerk may
not receive any extra compensation for the performance of these
duties with which he is charged.

Since the performance by the Clerk of the Court of
Civil Appeals of the duties of Custodian of the Courtroom and
of the Judge's Chambers would not be incompatible with the per-
formance of the Clerk's regular duties, the Commissioners'
Court is authorized to pay the sum of $50.00 per month to the
Clerk of the Court of Civil Appeals for the performance of this
additional work, provided, of course, that the Court of Civil
Appeals, pursuant to Article 1058a, has designated the Clerk
as the one to receive this additional compensation.

Senate Bill No. 58, Acts 55th Legislature, Regular
Session, 1957, ch. 4, p. 5, provides:

"Section 1. The salaries of all state offi-
cers and all state employees, except the salaries
of the District Judges and other compensation of
District Judges, shall be for the period beginning
September 1, 1957 and ending August 31, 1959 in
such sums or amounts as may be provided for by the
Legislature in the general appropriations Act. It
is specifically declared to be one of the intents
hereof that the Legislature shall also fix the
amount of supplemental salaries hereafter, out of
court fees and receipts, to be paid to the clerks
and other employees of the Courts of Civil Appeals,
the Supreme Court and the Court of Criminal Appeals.

"Sec. 2. All laws and parts of laws fixing
the salaries of all state officers and employees,
except the salaries of the District Judges and
other compensation of District Judges, are hereby

specifically suspended insofar as they are in conflict with this Act.  It is specifically declared to be one of the intents hereof that any and all laws authorizing payment of supplemental salaries from court receipts and fees to clerks and other employees of the Courts of Civil Appeals, the Supreme Court, and the Court of Criminal Appeals, are suspended insofar as they are in conflict with this Act."

This Act is the same as one that has been passed for a number of years.  Additional compensation from the Commissioners' Court is not included as "salaries" under this Act.

### SUMMARY

The Commissioners' Court is authorized to pay the sum of $50.00 per month to the Clerk of the Court of Civil Appeals for the performance by the Clerk of the duties of custodian of the Courtroom and Judge's Chambers of the Court of Civil Appeals.

Very truly yours,

WILL WILSON
Attorney General of Texas

By
John R. Lennan
Assistant

JRL:jl:wb

APPROVED:
OPINION COMMITTEE

H. Grady Chandler, Chairman
C. K. Richards
F. C. (Jack) Goodman

REVIEWED FOR THE ATTORNEY GENERAL

BY:   Geo. P. Blackburn